### COHEN v. SOFRANSKI.

#### (Supreme Court, Appellate Term. October 27, 1905.)

New Trial—Conditions—Trial Fee.

    An order setting aside a verdict in favor of defendant and granting a
new trial should be conditioned on payment of a trial fee by plaintiff.

    [Ed. Note.—For cases in point, see vol. 37, Cent. Dig. New Trial, §§
322, 323.]

Appeal from City Court of New York, Special Term.

Action by Harris Cohen against Henry Sofranski. From an order
setting aside a verdict and granting a new trial, defendant appeals.
Affirmed.

Argued before SCOTT, P. J., and BISCHOFF and FITZGER-
ALD, JJ.

Manheim & Manheim, for appellant.
Feltenstein & Rosenstein, for respondent.

SCOTT, P. J., The trial justice, who had the advantage of a per-
sonal observation of the witnesses, was in a much better position than
we can possibly be to judge of the degree of credence which should be
given to the witnesses. For that reason we are unwilling to interfere
with his order setting aside the verdict and granting a new trial. The
order should, however, have been conditioned upon the payment by
plaintiff of a trial fee at least. Landrigan v. Brooklyn Heights R. R.
Co., 23 App. Div. 43, 48 N. Y. Supp. 454; Falkenberg v. O'Neill (Sup.)
88 N. Y. Supp. 378.

The order will therefore be so modified as to provide that the verdict
is set aside and a new trial of the issues granted upon payment by plain-
tiff of $30 trial fee within 20 days, and in default of such payment that
the motion will be denied; and the order, as so modified, is affirmed,
without costs in this court. All concur.